**No. 09-1076. Suraiya Mateen, Petitioner v. James R. Marshall, as Trustee, et al.**

560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 3922.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 341 Fed. Appx. 581.

**No. 09-1081. Victor Muresan, et ux., Petitioners v. Brian Fish, et ux., et al.**

560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 3929,

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 151 Wash. App. 1007.

**No. 09-1082. Phillip R. Neely, Petitioner v. City of Riverdale, Georgia, et al.**

560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 3912.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-1085. Louisiana, Petitioner v. Jerry Goza, et ux.**

560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 4014.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

**No. 09-1086. MR Crescent City, LLC, et al., Petitioners v. Douglas S. Draper, et al.**

560 U.S. 905, 130 S. Ct. 3278, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 4015.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 588 F.3d 822.

**No. 09-1090. Ricky Dale Rawlins, Jr., Petitioner v. David C. Miller, Warden.**

560 U.S. 905, 130 S. Ct. 3278, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 3996.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 346 Fed. Appx. 360.

**No. 09-1091. Oceanic Exploration Company, et al., Petitioners v. Phillips Petroleum Company ZOC, et al.**

560 U.S. 905, 130 S. Ct. 3278, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 4008.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 945.